UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THEODORE SMOLLEN,
    Plaintiff,

V                                    CA 09-12148-JLT

CHASE BANK USA, N.A.
and EXPERIAN INFORMATION
SOLUTIONS, INC.
    Defendants.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.,

The court having been advised on May 20, 2010, by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby DISMISSED.

By the Court:

/s/
Zita Lovett,
Deputy Clerk

5/21/2010